# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re:<br>JASON L JOHNSON | : | Case No:   07-57267 |
| | : | Chapter 13 |
| | : | Judge:   CHARLES M. CALDWELL |

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry Fund.


Dated:  March 22, 2011                                     /s/ Frank M. Pees
                                                                              _____
                                                                              Frank M. Pees
                                                                              Chapter 13 Trustee


| **Name and Address** | **Amount** |
|---|---|
| ALLIED CASH ADVANCE<br>6991 E MAIN ST<br>REYNOLDSBURG, OH  43068 | 28.02 |