**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re:<br>JASON L JOHNSON | : | Case No:   07-57267 |
| | : | Chapter 13 |
| | : | Judge:   CHARLES M. CALDWELL |

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry Fund.

Dated:  April 08, 2011                         /s/ Frank M. Pees
                                                                 _____
                                                                 Frank M. Pees
                                                                 Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| ALLIED CASH ADVANCE<br>5058 CEMETERY RD<br>HILLIARD, OH  43026 | 14.79 |